UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                    :

**JULIO SUQUILANDA**,            :

               Plaintiff,       :

                    :   **MEMORANDUM AND ORDER**

      – against –         :   21-CV-1454 (AMD) (MMH)

                    :

**COMPETITIVE VENTURES, INC.,**
**ZOLAMAX, INC.,** *and* **JOSEPH SWIATEK**,   :

                    :

          Defendants.    :
--------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

On March 19, 2021, the plaintiff brought this action, alleging violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, the Families First Coronavirus Response Act and associated regulations, 29 C.F.R. § 826 and the New York Labor Law §§ 190 *et seq.*  (ECF No. 1.)  On December 10, 2021, the parties filed a joint motion for approval of their settlement agreement.  (ECF No. 16.)  I referred the motion to Magistrate Judge Marcia M. Henry on December 20, 2021.

On February 10, 2022, Judge Henry held a *Cheeks* hearing, and instructed the parties to file an executed copy of the proposed settlement to the docket.  (ECF No. 19.)  On May 26, 2022, in a thorough Report and Recommendation, Judge Henry concludes that the parties' proposed settlement agreement at ECF Nos. 16 and 18 is fair and reasonable, and recommends that the motion for settlement approval be granted.  (*See* May 26, 2022 Report and Recommendation.)  No objections to the Report and Recommendation have been filed, and the time for doing so has passed.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  To accept those

portions of the report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *Jarvis v. N. Am. Globex Fund L.P.*, 823 F. Supp. 2d 161, 163 (E.D.N.Y. 2011) (quoting *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003)).

 Judge Henry's well-reasoned Report and Recommendation contains no error. Accordingly, I adopt it in its entirety.


**SO ORDERED.**

       s/Ann M. Donnelly

       _____
       ANN M. DONNELLY
       United States District Judge


Dated: Brooklyn, New York
   July 7, 2022